No. 81. BROTHERHOOD OF LOCOMOTIVE ENGINEERS *v.* McELROY ET AL.; and

No. 128. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* McELROY ET AL. C. A. 7th Cir. Certiorari denied. *Harold A. Ross* and *John H. Haley, Jr.,* for petitioner in No. 81 and for respondent Brotherhood of Locomotive Engineers in No. 128. *James A. Wilcox* for petitioner in No. 128. *Charles R. Judge* for respondents McElroy et al. in both cases. *Solicitor General Griswold, Assistant Attorney General Weisl, Peter L. Strauss,* and *John C. Eldridge* filed a brief for the United States, as *amicus curiae,* by invitation of the Court, *ante,* p. 813, in both cases. ■

No. 441. BRYANT ET UX. *v.* ILLINOIS ET AL. Sup. Ct. Ill. Certiorari denied. *R. Dickey Hamilton* for petitioners. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole,* Assistant Attorney General, for respondents.

No. 512. GENERAL TIME CORP. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. *Edward R. Neaher* and *Paul G. Pennoyer, Jr.,* for petitioner. *Solicitor General Griswold* and *Philip A. Loomis, Jr.,* for Securities and Exchange Commission, *Breck P. McAllister, Walter L. Stratton,* and *Benjamin Vinar* for Talley Industries, Inc., and *Clendon H. Lee* and *Stanley L. Sabel* for American Investors Fund, Inc., et al., respondents. ■

No. 631. YELLOW CAB CO. *v.* DEMOCRATIC UNION ORGANIZING COMMITTEE, LOCAL 777, S. I. U. N. A., AFL–CIO. C. A. 7th Cir. Certiorari denied. *Robert E. Haythorne* for petitioner. *Harold A. Katz* and *Irving M. Friedman* for respondent. ■